# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID SCOTT GAYLOR,

               Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

               Defendant.

_____/

CASE NO. 1:12-cv-01214-SMS

ORDER GRANTING PLAINTIFF'S
MOTION TO PROCEED *IN FORMA
PAUPERIS*

(Doc. 2)

       By a motion filed July 25, 2012, Plaintiff David Scott Gaylor seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

       Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   July 30, 2012**                    **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE