Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCOTT GAYLOR, | CASE NO. 1:12-CV-01214-SMS |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE AN OPENING BRIEF** |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, Defendant. | |
| Defendant. _____ / | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening Brief in the above-referenced case is hereby extended from the present due date of June 13, 2013, by thirty days, to the new response date of July 12, 2013, and that Defendant's brief will be due August 12, 2013. This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: June 10, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

/s/ Ann M. Cerney                           /s/ Lynn M. Harada
ANN M. CERNEY,                              LYNN M. HARADA,
Attorney for Plaintiff                      (As authorized via E-mail on 6/10/13)
                                            Special Assistant U S Attorney
                                            Attorneys for Defendant

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6
        Pursuant to the stipulation of the parties showing good cause for a requested first
7
   extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby
8
   APPROVED.
9
        Plaintiff shall file his Opening Brief on or before July 12, 2013.
10
        SO ORDERED.
11

12
   DATED: 6/14/2013                    /s/ SANDRA M. SNYDER
13                                     SANDRA M. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2
   STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT