Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

DAVID SCOTT GAYLOR,                           CASE NO. 1:12–CV–01214–SMS

              Plaintiff,          **STIPULATION AND ORDER**
                                              **EXTENDING PLAINTIFF'S TIME TO**
vs.                                           **FILE AN OPENING BRIEF**

CAROLYN W. COLVIN,
Commissioner of Social Security,
Defendant.

              Defendant.
_____/

      IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, with the approval of the Court, that Plaintiff's time to file an Opening

Brief in the above-referenced case is hereby extended from the present due date of July 12, 2013,

by one business days, , to the new response date of July 15, 2013, and that Defendant's brief will

be due August 14, 2013.   This extension is requested because Plaintiff's attorney, Ms. Cerney,

has been in and out of the office due to illness.  The one day extension will allow time to assure

that she has an opportunity to review the brief before it is submitted to the Court.

DATED: July 10, 2013

                                    BENJAMIN B. WAGNER
                                    United States Attorney
                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                           */s/ Lynn M. Harada*
ANN M. CERNEY,                                LYNN M. HARADA,
Attorney for Plaintiff                        (As authorized via E-mail on 7/10/13)
                                              Special Assistant U S Attorney
                                              Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   42 North Sutter Street, Suite 400
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8       **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                               —o0o—

10  DAVID SCOTT GAYLOR,                CASE NO. 1:12-CV-01214-SMS

11              Plaintiff,            **ORDER EXTENDING
                                      PLAINTIFF'S TIME TO FILE AN
12  vs.                               OPENING BRIEF**

13  CAROLYN W. COLVIN,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16          Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19          Plaintiff shall file his Opening Brief on or before July 15, 2013.

20          SO ORDERED.

21

22  DATED:__7/11/2013_____          /s/ SANDRA M. SNYDER_____
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

                                              2